## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICARDO BOPP<br>2003 13th Street NW<br>Washington, DC 20009, | * <br><br> * |
| Plaintiff | * |
| v. | *    Civil Action No. _____ |
| WELLS FARGO BANK, N.A.<br>2701 Wells Fargo Way<br>Minneapolis, MN  55467 | * <br><br> * |
| WORLD SAVINGS BANK, FSB<br>1901 Harrison Street<br>Oakland, CA  94612 | * <br><br> * |
| WACHOVIA MORTGAGE, FSB<br>(f/k/a World Savings Bank, FSB)<br>P.O. Box 659558 | * <br><br> * |
| TRANSCONTINENTAL TITLE COMPANY<br>c/o CT Corporation System<br>1015 15th Street, NW Suite 1000<br>Washington, DC  20005 | * <br><br> * <br><br> * |
| Defendants | |

*     *     *     *     *     *     *     *     *     *     *     *     *

### NOTICE OF REMOVAL

Defendants, Wells Fargo Bank, N.A. ("WFB"), World Savings Bank, FSB (now known as Wachovia Mortgage, FSB) ("World") and Wachovia Mortgage, FSB (f/k/a World Savings Bank, FSB) ("WM"), hereby file this Notice of Removal, and pursuant to 28 U.S.C. §§1331, 1332, 1441, 1446, and 1451, hereby remove this civil action from the Superior Court of the District of Columbia, and further state as follows:

1.      On or about August 7, 2009, the Plaintiff, Ricardo Bopp, filed a Complaint in the Superior Court of the District of Columbia, Case No. 00005759-09 (the "Complaint") against WFB, World, WM and Transcontinental Title Company ("Transcontinental").

2.      According to the Superior Court's electronic docket, summonses for the Defendants were not issued until August 10, 2009 (see **Exhibit A**).  The summonses for WFB and WM were not mailed until August 11, 2009 (see **Exhibit B**) and were received by their resident agents on August 17, 2009.

3.      Pursuant to 28 U.S.C. §1446(b), this case is removable within thirty (30) days of receipt of service by a defendants.  Based on the fact that summonses were not even issued in this matter until August 10, 2009 and that WFB and WM were not served until August 7, 2009, this Notice of Removal is timely.

4.      WFB is a national bank.  Plaintiff admits in Paragraph 4 of the Complaint that WFB's principal place of business is 101 North Phillips Avenue, Sioux Falls, South Dakota, 57104 (see **Exhibit C**).

5.      WM is a federal savings bank. WM's principal place of business is 6825 Aliante Parkway, North Las Vegas, NV, 89084 (see **Exhibit D**).

6.      The Supreme Court held in *Wachovia Bank, N.A. v. Schmidt*, 546 U.S. 303, 126 S.Ct. 941 (2006) that a national bank is "located," for diversity jurisdiction purposes, in the state designated in its articles of association as the locus of its main office, not in every state where it has branch offices.

7.      This same rule was recently extended by Congress to federal savings banks in 12 U.S.C. § 1464(x), which provides that:

(x) "In determining whether a federal court has diversity jurisdiction over a case in which a federal savings association is a party, the federal savings association shall be considered to be a citizen only of the State in which such savings association has its home office."

12 U.S.C. § 1464(x).

8.     The Plaintiff admits in Paragraph 7 of the Complaint that Transcontinental is a Florida corporation qualified to do business in the District of Columbia (see **Exhibit E**).

9.     Transcontinental has consented to the removal of this action (see **Exhibit F**).

10.     Plaintiff admits in Paragraph 3 of the Complaint that he is an individual who is domiciled in the District of Columbia and resides at 2003 13 St. NW, Washington, DC 20009.

11.     Thus, there is diversity of citizenship between the parties to this action.

12.     The Complaint purports to set forth seven counts, five of which are directed to WFB, World and WM.  Count I of the Complaint purports to sate a claim under the federal Truth and Lending Act, 15 U.S.C. §1601, et seq. and its implementing regulations, and thus raises a federal question.

13.     This Court has federal subject matter jurisdiction over this controversy, pursuant to 28 U.S.C. §1331, because this civil action arises under the Constitution, laws or treaties of the United States.

14.     In addition, federal subject matter jurisdiction over this controversy exists pursuant to U.S.C. §1332 and because there is diversity of citizenship amongst the parties.

15.     The provisions of 28 U.S.C. §1441(a) authorize the removal of any civil action brought in a state court over which the district courts of the United States have original jurisdiction.  This Court has original jurisdiction over the Plaintiff's Truth in Lending Act claim pursuant to 28 U.S.C. §1331.  This Court has supplemental jurisdiction over the state law claims

asserted by the Plaintiff, pursuant to 28 U.S.C. §1367, because they are part of the same case or controversy, and relate to the claims over which this Court has original jurisdiction.

16.    A genuine and authentic copy of all process, pleadings, and orders served upon WFM and WM in the Superior Court action is attached hereto collectively as **Exhibit G**.

17.    Pursuant to 28 U.S.C. §1446(d), a copy of this Notice of Removal has been served upon all adverse parties and filed with the Clerk of the Superior Court of the District of Columbia (**Exhibit H**).

WHEREFORE, Defendants, Wells Fargo Bank, N.A. World Savings Bank, FSB (now known as Wachovia Mortgage, FSB) and Wachovia Mortgage, FSB hereby remove this civil action to the United States District Court for the District of Columbia.

RESPECTFULLY SUBMITTED,

Virginia W. Barnhart
POPE & HUGHES, P.A.
Bar No. 489161
29 W. Susquehanna Avenue, Suite 110
Towson, Maryland  21204
Tel: (410) 494-7777

Attorneys for Wells Fargo Bank, N.A. and
Wachovia Mortgage, FSB f/k/a World Savings
Bank, FSB

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 10th day of September, 2009 a copy of the Notice of

Removal was mailed, postage prepaid, to:

> Wilfredo Pesante
> Pesante & Mackin, LLP
> 1328 H. Street NE
> Washington, DC 20002
>
> Attorneys for Plaintiff, Ricardo Bopp
>
> Michael N. Russo, Esquire
> Council, Baradel, Kosmerl & Nolan, P.A.
> 125 West Street, Fourth Floor
> P.O. Box 2289
> Annapolis, Maryland 21404-2289
>
> Attorneys for Defendant, Transcontinental Title Company

Virginia W. Barnhart