# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **RICARDO BOPP,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Case No. 09-1736 (RJL)** |
| | ) | |
| **WELLS FARGO BANK, N.A.** *et al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is this
20 day of September, 2010, hereby

**ORDERED** that Wells Fargo, World, and Wachovia's Motion To Dismiss [#5] is

**GRANTED**; and it is further

**ORDERED** that Wells Fargo, World, and Wachovia's Motion for More Definite

Statement and to Strike Portions of Plaintiff's Complaint [#6] is **DENIED AS MOOT**.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge